B. F. SANDERS V. THE STATE.

No. 22486. Delivered April 14, 1943.

The opinion states the case.

*Jno. B. McNamara,* of Waco ,for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Under his plea of guilty of the offense of burglary, appellant was assessed a punishment of two years confinement in the penitentiary.

The record before us fails to contain a final judgment in that there is no adjudication by the trial court of appellant's guilt upon the verdict and finding of the jury, in the absence of which this court is without jurisdiction to entertain the appeal.

The appeal is dismissed.